**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

**WALTER ARNOLDO JUAREZ,**

**Plaintiff,**

**v.**

**MARKWAYNE MULLIN,**
*in his official capacity as Secretary of the U.S. Department of Homeland Security;*

**JOSEPH B. EDLOW**
*in his official capacity as Director of the U.S. Department of Homeland Security*

**Defendants.**

**Case No. 3:26-cv-01390**

**JUDGE CAMPBELL**

## ORDER

Pending before the Court is Plaintiff's Writ of Mandamus to Adjudicate Visa Petition (Doc. No. 1), and subsequent Motion to File Electronically and for Remote Access to the Case (Doc. No. 6). In light of Plaintiff's filing of a Notice of Voluntary Dismissal (Doc. No. 7), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. Accordingly, Plaintiff's Motion is **DENIED** as moot. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE